### 28239. SPRINGER *v.* THE STATE.

GUERRY, J. The evidence supported the verdict, and the special assignments of error are not meritorious.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED APRIL 12, 1940.

*Gene Edwards, J. L. Smith,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.